[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10874

Non-Argument Calendar

_____

TECHNOLOJOY, LLC,

Plaintiff-Counter Defendant-Appellant,

IBRAHIM F. ALGAHIM

Plaintiff-Counter Defendant,

*versus*

BHPH CONSULTING SERVICES, LLC,
d.b.a. BHPH Capital Services,
SEAN FOUZAILOFF,
ANATOLIY SLUTSKIY,

Defendants-Counter Claimants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23770-FAM

_____

Before JILL PRYOR and GRANT, Circuit Judges.

PER CURIAM:

Upon review of the record and the parties' responses to the jurisdictional questions, Appellant Technolojoy, LLC's motion to amend its complaint is GRANTED. We deem the complaint amended to reflect that Technolojoy is a citizen of Florida and Appellee BHPH Consulting Services, LLC is a citizen of Georgia and Texas. *See* 28 U.S.C. § 1653. While Appellees appear to object to any amendment of the non-jurisdictional allegations, we note that the only substantive changes made in Technolojoy's second amended complaint are to the allegations regarding citizenship. We are granting its motion only to that extent.

The amended jurisdictional allegations now establish that the parties were diverse and that the district court had subject matter jurisdiction over this action in the first instance. *See* 28 U.S.C. § 1332(a)(1) (providing that federal courts have subject matter jurisdiction over civil actions between citizens of different states, where the amount in controversy exceeds $75,000); *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011) (explaining that a limited liability company is a

23-10874              Opinion of the Court                    3

citizen of any state of which one of its members is a citizen); *Travaglio v. Am. Exp. Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013) (explaining that the pleadings must allege a natural person's citizenship); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005) (explaining that for subject matter jurisdiction to exist under § 1332, there must be complete diversity of citizenship between all plaintiffs and all defendants). This appeal may therefore proceed.

Technolojoy is DIRECTED to file in the district court a notice of this opinion and the second amended complaint reflecting the amended jurisdictional allegations.